**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO: 1:26-CV-22312-DSL**

JANELL WOHLGEMUTH,

      Plaintiff,

    v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

      Defendant.

## JOINT SCHEDULING REPORT

Plaintiff, Janell Wohlgemuth, and Defendant, The Prudential Insurance Company of America, pursuant to Local Rule 16.1 of the Rules of the Southern District of Florida and this Court's May 6, 2026 Order Requiring Scheduling Report (ECF No. 9), submit their Joint Scheduling Report.  The categories set forth below correspond to those set forth in Local Rule 16.1(B) and this Court's Order.

## DISCOVERY PLAN

Because this lawsuit involves solely a claim for benefits pursuant to ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B), the parties stipulate that discovery should be limited to the Administrative Record, and no discovery beyond the Administrative Record of Plaintiff's claim is appropriate or admissible in this case.  In lieu of Federal Rule of Civil Procedure 26(a)(1) initial disclosures, Defendant will produce the complete Administrative Record and governing plan documents on or before **June 26, 2026.**

### A.  LIKELIHOOD OF SETTLEMENT

Settlement discussions will be pursued although the possibility of settlement at this time is

unknown.

### B.  LIKELIHOOD OF APPEARANCE OF ADDITIONAL PARTIES

None at this time.

### C.  PROPOSED LIMITS OF TIME

 (i)  To join parties and amend pleadings – **June 26, 2026**

 (ii)  Complete Mediation – **December 4, 2026**

 (iii)  Dispositive Motions – **February 5, 2027**

 (iv)  Motions in Limine –  **April 30, 2027**

 (v)  To complete discovery – **December 4, 2026**

### D.  PROPOSALS FOR FORMULATION AND SIMPLIFICATION OF ISSUES

The parties have no proposals for the formulation or simplification of issues at this time.

### E.  NECESSITY OF AMENDMENTS TO PLEADINGS

The parties do not anticipate any amendments to the pleadings at this time but reserve the right to do so as provided by the Federal Rules of Civil Procedure.

### F.  COOPERATION ON THE EVIDENTIARY ISSUES

The parties agree to cooperate on evidentiary issues, to stipulate to the admissibility of evidence, to limit the need for any advance rulings from the Court on questions of admissibility of evidence, and to agree to seek such advance rulings when necessary to avoid any undue delay at trial.

### G.  SUGGESTIONS FOR AVOIDANCE OF UNNECESSARY PROOF AND CUMULATIVE EVIDENCE

The parties agree to cooperate to avoid unnecessary proof and cumulative evidence.

### H.  NEED FOR REFERRAL TO A MAGISTRATE

The parties do not object to the referral of discovery matters to the Magistrate Judge.  The

parties do not consent to have dispositive motions decided the Magistrate Judge and do not presently wish to refer any matters to the Magistrate Judge or Master for determination.

## I.  PROJECTED TIME FOR TRIAL

The parties anticipate that this claim will be decided through dispositive motions. However, if trial is necessary, the parties agree that trial of this matter will be a Non-Jury Trial. Trial is expected to take approximately 1 day.

## J.  PROPOSED DATES FOR FINAL PRETRIAL CONFERENCE AND TRIAL

1.  File Joint Pre-trial Stipulation **– May 28, 2027**

**2.**  Final Pretrial Conference – on or after **June 25, 2027**

3.  Non-Jury Trial – on or after **July 12, 2027**

## K.  OTHER INFORMATION

None at this time.

Dated: May 27, 2026

By*:  /s/ Nick A. Ortiz*
    NICK A. ORTIZ, ESQ.
    Fla. Bar No. 0012699
    Ortiz Law Firm
    Attorneys for Plaintiff
    316 S. Baylen St., Ste. 590
    Pensacola FL, 32502
    Phone (850) 308-7833
    Fax: (850) 208-3613
    Email: nick@nickortizlaw.com

By*:  /s/ Hector R. Rivera*
    HECTOR R. RIVERA, ESQ.
    Fla. Bar No. 882453
    Quintairos, Prieto, Wood & Boyer P.A.
    Counsel for Defendant
    9300 S. Dadeland Blvd., 4th Floor
    Miami, FL 33156
    Phone: (305) 670-1101 x1012
    Fax: (305) 670-1161
    Email: hrivera@qpwblaw.com