**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**Case No.: 1:26cv22312-LEIBOWITZ/AUGUSTIN-BIRCH**

JANELL WOHLGEMUTH

        Plaintiff,

v.

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

        Defendant.

_____/

### JOINT NOTICE OF MEDIATION and JOINT MOTION FOR PERMISSION TO APPEAR BYVIDEOCONFERENCE AT MEDIATION

The parties hereby file this Joint Notice of Mediation and Joint Motion for Permission to Appear by Videoconference at Mediation, and in support thereof, state as follows:

**1.** The parties have scheduled the mediation conference in this case with Jack L. Townsend, located at 710 Rob Roy Pl., Temple Terrace, FL 33617 for **December 2, 2026 beginning at 9:30 a.m. EST**

2. Plaintiff resides in Denver, Colorado and seeks to avoid the costs associated with traveling to the mediation conference in Temple Terrace, Florida.

3. Defendant's corporate representative is located in *Newark, Illinois*, and seeks to avoid the costs associated with traveling to the mediation conference in Temple Terrace, FL.

4. Plaintiff's attorney resides in Pensacola, Florida and seeks to avoid the costs associated with traveling to the mediation conference in Temple Terrace, Florida.

5. Defendant's attorney resides in Miami, Florida, and seeks to avoid the costs associated with traveling to the mediation conference in Temple Terrace, Florida.

6.      All parties will be available for the entirety of the mediation conference via videoconference and will participate fully. Therefore, attending by videoconference will not hinder the process.

7.      Counsel for Plaintiff and Counsel for Defendant have handled multiple cases against each other and have mediated or settled these cases by virtual or telephonic conferences with success. The parties are optimistic that they will be able to resolve this matter without the need for a court determination on the merits, so permitting the parties to mediate the case before submitting dispositive motions would be cost efficient and would serve the interests of justice.

8.      Jack L. Townsend does not oppose the parties' appearance via videoconference at mediation.

WHEREFORE, the parties request that this Honorable Court enter an order granting the parties' Joint Motion for Permission to Appear by Videoconference at Mediation.


Dated: June 18, 2026


By: */s/ Nick A. Ortiz*
Nick A. Ortiz, Esq.
Florida Bar No.: 12699
Attorneys for Plaintiff
Ortiz Law Firm
316 S. Baylen St., Ste. 590
Pensacola, FL  32502
Telephone: (850) 308-7833
nick@nickortizlaw.com

By: */s/ Hector R. Rivera*
Hector R. Rivera, Esq.
Florida Bar No.:  882453
Attorneys for Defendant
Quintairos, Prieto, Wood & Boyer, PA
9300 S. Dadeland Blvd., 4th Floor
Miami, FL 33130
Telephone: (305) 670-1101
hrivera@qpwblaw.com