**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-22312-LEIBOWITZ/AUGUSTIN-BIRCH**

**JANELL WOHLGEMUTH**,

    *Plaintiffs*,

*v.*

**THE PRUDENTIAL INSURANCE**
**COMPANY OF AMERICA**,

    *Defendants.*

_____/

## <u>ORDER</u>

**THIS CAUSE** is before the Court on the parties' Joint Notice of Mediation and Joint Motion for Permission to Appear by Videoconference at Mediation (the "Motion") [ECF No. 12], filed on June 18, 2026.  The parties seek leave to conduct mediation remotely because the parties and their counsel do not live in the same city as their chosen mediator, Mr. Jack L. Townsend.  [*Id.* ¶¶ 2–5].

The Court denies this request.  The parties have agreed to engage a mediator located in Temple Terrace, Florida.  [ECF No. 12 ¶ 1].  All counsel, according to the Motion, resides in the state of Florida.  [*Id.* ¶¶ 4–5].  And in any event, the convenience of counsel is not enough to show good cause. *See Tassone v. Lifecare St. Johns, Inc.*, No. 11-cv-1271, 2012 WL 1555718, at *1 (M.D. Fla. Feb. 24, 2012) ("That Plaintiff's counsel is located outside of the locale within which the case is brought is not, standing alone, sufficient reason to excuse personal attendance at the early settlement conference."). While Plaintiff resides in Colorado, [*id.* ¶ 2], Plaintiff filed this action in this state, and should therefore expect to appear in-person as necessary.  Finally, the Court is not persuaded that there is good cause to grant Defendant The Prudential Insurance Company of America leave to appear remotely.

The Court does not find good cause to amend its Scheduling Order to allow for remote mediation and stands by its practice requiring in-person mediation.  [ECF No. 11 at 2 ("Motions to appear remotely shall be granted only in the most extraordinary circumstances.")].

Accordingly, upon due consideration, it is hereby **ORDERED AND ADJUDGED** that the Motion [**ECF No. 12**] is **DENIED**.

**DONE AND ORDERED** in the Southern District of Florida on June 22, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:	counsel of record

2