UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:26-cv-22312-LEIBOWITZ/AUGUSTIN-BIRCH

JANELL WOHLGEMUTH,

  *Plaintiffs*,

*v.*

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

  *Defendants.*

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held as follows:

**Mediator:**  Jack L. Townsend

**Date:**  December 2, 2026

**Time:**  9:30 a.m.

**Location:**  710 Rob Roy Pl.
     Temple Terrace, FL 33617

**DONE AND ORDERED** in the Southern District of Florida on June 22, 2026.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record